

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA
### OFFICE OF THE CLERK

**Michael L. McConnell**  
**Clerk of Court**

Telephone: 225-389-3500  
Facsimile: 225-389-3501

August 10, 2021

William Brock Most  
Law Office of William Most  
201 St. Charles Ave  
Suite 114 #101  
New Orleans, LA 70170

**RE:**   **3:21-CV-455-JWD-RLB**  
Snearl, et al v. City of Port Allen, et al

NOTICE

    This matter has been removed to the Middle District of Louisiana. A review of the record indicates Erin L. Pedrami is listed as co-counsel for the Plaintiffs. Our records indicate she is currently not admitted to practice before the Middle District of Louisiana. As a result, she will not be allowed to sign or electronically file any pleadings or appear in court until admitted. If the attorney is a member of the Louisiana State Bar, please have them complete the admission packet located at https://www.lamd.uscourts.gov/BarAdmission. Otherwise, a Motion to Appear Pro Hac Vice must be filed by local counsel, in accordance with Local Rule 83(b)(8) and the $100.00 fee paid through the Case Management/Electronic Case Filing (CM/ECF) System.

    If you have any questions, please feel free to call the Clerk's Office at 225-389-3500.

Sincerely,

Michael L. McConnell  
Clerk of Court

By: *Elisa Clement*  
      Deputy Clerk