**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **TARA SNEARL AND AYANNA TRAN** | **CIVIL ACTION NO. 21-CV-00455-JWD-RLB** |
| **VERSUS** | **JUDGE JOHN W. DEGRAVELLES** |
| **CITY OF PORT ALLEN** | **MAG. JUDGE RICHARD L. BOURGEOIS, JR.** |

### ORDER

Considering the foregoing,

IT IS HEREBY ORDERED that this Motion to Enroll Counsel of Record is granted, and that Blake J. Arcuri (LSBN 32322) and Jason P. Wixom (LSBN 32273) of the Law Firm of Frosch, Rodrigue, Arcuri, LLC, is hereby enrolled as Counsel of Record for the defendants, West Baton Rouge Parish Sheriff Mike Cazes, in the above captioned matter.

THUS, DONE AND SIGNED on this the _____ day of _____, 2021.

_____
UNITED STATES DISTRICT COURT JUDGE