**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **TARA SNEARL AND AYANNA TRAN** | **CIVIL ACTION NO. 21-CV-00455-JWD-RLB** |
| **VERSUS** | **JUDGE JOHN W. DEGRAVELLES** |
| **CITY OF PORT ALLEN** | **MAG. JUDGE RICHARD L. BOURGEOIS, JR.** |

**ORDER**

Considering the foregoing,

IT IS HEREBY ORDERED that this Motion to Enroll Co-Counsel of Record is granted, and that Laura C. Rodrigue (LSBN 30428) with the Law Firm of Frosch, Rodrigue, Arcuri, LLC, is hereby enrolled as Co-Counsel of Record for the defendant, West Baton Rouge Parish Sheriff Mike Cazes, in the above captioned matter.

THUS, DONE AND SIGNED on this the _____ day of _____, 2021, BATON ROUGE, LOUISIANA.

_____
UNITED STATES MAGISTRATE JUDGE