UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

TARA SNEARL, ET AL.                                            CIVIL ACTION

VERSUS                                                         NO. 21-455-JWD-RLB

CITY OF PORT ALLEN, ET AL.

### ORDER

Before the Court is Plaintiffs' Unopposed Motion for In Camera Review. (R. Doc. 40).

This wrongful death action is brought by the mother and minor daughter of the deceased Fartrell Queen. (R. Doc. 1-2). Plaintiffs allege that on November 2, 2017, an unknown person shot Queen while he was at home. Officer Bryant Landry and Officer Tiffany Robertson Wycoskie of the Port Allen Police Department and unidentified officers from the West Baton Rouge Sheriff's Office arrived on the scene. Plaintiffs allege that Landry or Wycoskie shot Queen a second time, killing him, and the respective law enforcement agencies have orchestrated a cover up to conceal their role in Queen's death.

On September 1, 2022, the Court ordered the parties to commence formal discovery. (R. Doc. 37). The Court then entered a Protective Order governing the exchange of confidential information in discovery, including provisions for the designation of documents "For Attorney's Eyes Only" and the submission of documents for in camera review. (R. Doc. 39).

On November 8, 2022, Plaintiffs filed the instant Unopposed Motion for In Camera Review. (R. Doc. 40). The record shows that Plaintiffs sought the production of the following documents and electronically stored information from the City of Port Allen:

- Landry and Wycoskie's bodycam video from the date of the incident;
- Police reports, investigation reports, and internal affair reports concerning the incident;
- Ballistic reports concerning the incident;

- Dispatch calls to and from the Port Allen Police Department on the date of the incident;
- 911 calls concerning the incident;
- Landry and Wycoskie's radio and telephone communications with Port Allen Police on the date of, and concerning, the incident;
- Reports of Officer Landry or Officer Wycoskie firing their police issued weapons prior to the date of the incident;[1] and
- Video or audio evidence concerning the incident not previously requested.

(R. Doc. 40 at 1-4). The City of Port Allen objected to the requests on the basis that the information sought is protected from production under La R.S. 44:3 "as there is an ongoing criminal investigation into the shooting." (R. Doc. 40 at 1-4). The City of Port Allen does not, however, oppose in camera review of the responsive documents. (R. Doc. 40 at 4).

Having considered the record, the Court will conduct an in camera review of any withheld documents and electronically stored information (including any video or sound recordings) responsive to Plaintiffs' Requests for Production Nos. 2, 3, 4, 5, 6, 7, 8, 9, 10, 11.

While the Court will commence with an in camera review, no disclosure of the withheld information will be ordered without further briefing as needed. The Court recognizes that there may be other interests not represented by the instant motion that should be heard prior to any decision on whether the withheld documents must be produced.

Based on the foregoing,

**IT IS ORDERED** that Plaintiffs' Unopposed Motion for In Camera Review (R. Doc. 40) is **GRANTED**. The City of Port Allen shall provide the withheld documents and electronically stored information (including any video or sound recordings), in compliance with Rule 34(b)(2)(E), to the undersigned's chambers on or before **December 22, 2022.** Defense counsel

---

[1] The City of Port Allen responded to this request that "[t]here are no such records to the best of [their] knowledge, information, and belief." (R. Doc. 40 at 3).

may contact the undersigned's chambers at **(225) 389-3602** to discuss with chamber's staff the facilitation of producing the withheld responsive documents for in camera review.

Signed in Baton Rouge, Louisiana, on December 8, 2022.

_____
**RICHARD L. BOURGEOIS, JR.**
**UNITED STATES MAGISTRATE JUDGE**