# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**TARA SNEARL, ET AL.**                                            **CIVIL ACTION**

**VERSUS**                                                                **NO. 21-455-JWD-RLB**

**CITY OF PORT ALLEN, ET AL.**

## ORDER

This Order is issued *sua sponte*.

This wrongful death action is brought by the mother and minor daughter of the deceased Fartrell Queen. (R. Doc. 1-2). On March 20, 2023, with no objection from the defense, the District Attorney for the 18th Judicial District, the City of Port Allen, or the individual officers, the Court permitted the following portions of materials to be disclosed to Plaintiff's counsel in accordance with the Protected Order entered in this action, which allows for designations of confidential materials "For Attorney's Eyes Only" (R. Doc. 39):

- Landry and Wycoskie's bodycam video from the date of the incident; and

- Ballistic reports concerning the incident **(redacted to remove the names of any witnesses and suspects)**.

Following that production and review by Plaintiff's counsel, the Court has received a request that the videos also be made available for viewing by the Plaintiff, Ms. Snearl. Ms. Snearl would not be able to copy or reproduce the footage in any way. Possession, custody and control of the videos would remain with counsel. The terms of the protective order remain in effect.

The Court has been informed by the defense that that there is no objection to this limited viewing as set forth above.

Accordingly,

**IT IS ORDERED** that Plaintiffs' counsel may show Ms. Snearl the aforementioned videos. Counsel shall inform Ms. Snearl of this Order. She may not copy or reproduce any of the videos and may not take possession, custody or control of such videos.

Absent an order to the contrary or unless another filing makes it no longer necessary, the previously set deadline to submit an Amended Joint Status Report **on or before April 24, 2023** remains in place. (R. Doc. 47).

Signed in Baton Rouge, Louisiana, on April 11, 2023.

_____
**RICHARD L. BOURGEOIS, JR.**
**UNITED STATES MAGISTRATE JUDGE**