UNITED STATES OF AMERICA

MIDDLE DISTRICT OF LOUISIANA

TARA SNEARL et al

VS

CITY OF PORT ALLEN, et al

3:21-cv-00455-JWD-RLB

## MOTION TO WITHDRAW COUNSEL

**NOW INTO COURT,** comes undersigned counsel, Joseph Long, who respectfully represent:

1.

Plaintiffs are represented by Attorney, Joseph Long, in the matter captioned above.

2.

On April 13, 2023, Plaintiff viewed the bodycam footage in the matter. Plaintiff and attorney have irreconcilable differences on the path forward.

3.

Undersigned counsel and Plaintiff, Tara Snearl, have agreed to the undersigned counsel's withdrawal.

4.

Plaintiff, Tara Snearl, will take over the matter captioned above pro se on behalf of her and minor child, A. T.

5.

Ms. Tara Snearl's address is 12115 Rotterdam Ave, Geismar, LA 70734. Her phone number is 225-315-9667.

6.

Plaintiff Snearl wishes the Court's consent to give the body cam footage to a video expert to determine if it has been edited.

7.

Ms. Snearl also requests the status report deadline be extended for 60 days to allow her to hire a new counsel.

8.

Plaintiff has been notified of all pending deadlines by certified mail.

WHEREFORE, Mover prays that the Court:

1. Allow Mr. Long to withdraw as counsel of record;
2. Allow Ms. Snearl to proceed pro se;
3. Allow Ms. Snearl an extension on the status report of 60 days to hire a new counsel;
4. Allow Ms. Snearl's video expert to examine the body cam footage already provided to determine if they have been modified or edited.

Respectfully submitted,

*/s/Joseph J. Long*
La. Bar Roll #25968
251 Florida Street, Suite 308
Baton Rouge, LA 70801
Tel: 225-343-7288 Fax: 225-267-5664
JOE@LEGAL225.COM

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this pleading has been served to all counsel of record electronically with the Court's online CM/ECF system on this 13th day of April 2023. This pleading is also shared with Ms. Tara Snearl, on behalf of both plaintiffs, by mail and/or email.

*/s/Joseph J. Long*

## UNITED STATES OF AMERICA

## MIDDLE DISTRICT OF LOUISIANA

**TARA SNEARL et al**

**VS**

**CITY OF PORT ALLEN, et al**

**3:21-cv-00455-JWD-RLB**

## ORDER

CONSIDERING THE FOREGOING MOTION TO WITHDRAW COUNSEL,

IT IS HEREBY ORDERED THAT:

1. Mr. Long is withdrawn as counsel of record;

2. Ms. Snearl is allowed to proceed pro se;

3. Ms. Snearl is hereby granted an extension on the status report of 60 days to hire a new counsel. The new deadline for filing of the status report is _____.

4. Ms. Snearl may hire a video expert and allow that expert to examine the body cam footage already provided to determine if they have been modified or edited.

5. A copy of this order be sent to Ms. Tara Snearl at 12115 Rotterdam Ave, Geismar, LA 70734.

THUS DONE AND SIGNED this _____day of April, 2023.

_____
HONORABLE RICHARD BOURGEOIS, JR.
UNITED STATES MAGISTRATE JUDGE