UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| TARA SNEARL, ET AL. | CIVIL ACTION |
| VERSUS | NO. 21-455-JWD-RLB |
| CITY OF PORT ALLEN, ET AL. | |

### ORDER

This matter is before the court on a Motion to Withdraw Counsel (R. Doc. 49). Within the motion, Attorney Joseph J. Long seeks to withdraw as counsel, to allow plaintiff to proceed pro se, for an extension of time to file a status report, and for Ms. Snearl's video expert to examine body camera footage already provided.

**IT IS ORDERED** that the Motion to Withdraw Counsel is **GRANTED** insofar as Attorney Long is withdrawn as counsel for Plaintiffs. The Clerk's Office shall update the docket sheet with the contact information for Plaintiffs that is provided in the motion.

**IT IS FURTHER ORDERED** that Plaintiff is granted an extension of time until **June 23, 2023** to file a status report as previously directed in the Court's March 20, 2023 Order (R. Doc. 47). All other requests set forth in the instant motion are **DENIED.** They may be addressed at a later date.

Signed in Baton Rouge, Louisiana, on April 20, 2023.

RICHARD L. BOURGEOIS, JR.
UNITED STATES MAGISTRATE JUDGE