UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

RECEIVED
APR 14 2023
U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
DEPUTY CLERK

| | |
|---|---|
| TARA SNEARL and AYANNA QUEEN TRAN<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF PORT ALLEN, BRIANT LANDRY, TIFFENY ROBERTSON WYCOSKIE, and ABC INSURANCE AGENCIES<br><br>Defendants. | Case No. 3:21-CV-00455-JWD-RLB |

**PLAINTIFFS' MEMORANDUM OF CLARIFICATION**

In his Motion to Withdraw Counsel, filed on April 13, 2023, my (former) attorney, Joseph Long, indicated that Plaintiffs "wish[] the Court's consent to give the body cam footage to a video expert to determine if it has been edited" and to "[a]llow Ms. Snearl's video expert to examine the body cam footage already provided to determine if they have been modified or edited." These statements are not fully accurate.

Plaintiffs aver that they have not received all of the bodycam video they requested. In particular, the video from Officer Briant Landry's bodycam that was recently provided to Plaintiffs and their attorney terminated prior to 5:50 AM on November 2, 2017. But Plaintiffs have reason to believe that the "kill shot" to Fatrell Queen happened after this time, between 5:50 AM and 6:10 AM on November 2, 2017. Plaintiffs therefore seek Officer Briant Landry's bodycam video from 5:50 AM to 6:10 AM on November 2, 2017. For the same reason, Plaintiffs seek the bodycam video from any and all officers who were in Officer Landry's proximity between 5:50 and 6:10 AM on November 2, 2017.

2

Finally, Plaintiffs respectfully request permission for a video-forensics expert of the Plaintiffs' choosing to observe not only all of the bodycam video that has been produced *but also all of the bodycam video referenced above.*

Respectfully submitted,

*[signature]*

Tara Snearl, Plaintiff Pro Se
Address: 12115 Rotterdam Ave., Geismar, LA 70734
Telephone: (225) 315-9667
Email: tarasnearl@att.net
