UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| TARA SNEARL and AYANNA QUEEN TRAN<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF PORT ALLEN, BRIANT LANDRY, TIFFENY ROBERTSON WYCOSKIE, and ABC INSURANCE AGENCIES<br><br>Defendants. | Case No. 3:21-CV-00455-JWD-RLB |

# JOINT STATUS REPORT

**NOW INTO COURT**, through undersigned counsel, come plaintiff Tara Snearl, individually and on behalf of the minor child Ayanna Queen Tran, and defendants City of Port Allen, Briant Landry, and Tiffeny Robertson Wycoskie, who respectfully provide this joint status report in the above-entitled case, as required by the Court's stay Order (R. Doc. 90).

1.

November 2, 2025 marked eight (8) years since the death of Fatrell Queen, who was killed in his home on November 2, 2017. The parties submit this report pursuant to the stay order (R. Doc. 90), which requires periodic updates on the status of the purportedly ongoing homicide investigation and any changes in circumstances that may affect the stay. Given the passage of time, the parties submit this report to place on the record the current stated status of the investigation and to ensure compliance with the Court's directive regarding material changes (R. Docs. 90, 113).

2.

The Court's April 23, 2025 Order further directs the parties to notify the Court upon any material change in circumstances regarding the investigation at issue (R. Doc. 113).

3.

On November 11, 2025, counsel for plaintiff contacted Jason Wixom, counsel for West Baton Rouge Sheriff Jeff Bergeron, to learn whether there has been any material change in circumstances regarding the purported homicide investigation since the Court's April 23, 2025 Order (R. Doc. 113). Counsel for Sheriff Bergeron responded in writing on November 18, 2025 as follows (in relevant part): "There have been no materials change relative to the F. Queen murder investigation within the scope of WBRSO's involvement or knowledge of the investigation."

4.

On November 11, 2025, counsel for plaintiff contacted counsel for defendants with the same purpose: to learn whether there has been any material change in circumstances regarding the City of Port Allen and/or the Port Allen Police Department's purported homicide investigation. This initial communication indicated that counsel for plaintiff had already contacted counsel for Sheriff Bergeron; after receiving Sheriff Bergeron's response, counsel for plaintiff forwarded it to counsel for defendants. On November 18, 2025, counsel for defendants responded as follows (in relevant part): "Port Allen Police Department's response is the same as West Baton Rouge Parish Sheriff's Office's response. The status of the investigation remains the same."

5.

The parties will continue to comply with the Court's stay Order and will notify the Court of any material change in circumstances regarding the investigation at issue, consistent with the Court's April 23, 2025 Order (R. Doc. 113).

Respectfully submitted:

ERLINGSON BANKS, PLLC

s/ James L. Hilburn
MARY G. ERLINGSON (#19562)
JAMES L. HILBURN, T.A. (#20221)
One American Place
301 Main Street, Suite 2110
Baton Rouge, Louisiana 70801
Telephone: (225) 218-4446
Facsimile: (225) 246-2876
jhilburn@erlingsonbanks.com
merlingson@erlingsonbanks.com
***Counsel for defendants***

-AND-

JONES FUSSELL, L.L.P.

s/ Andrew Jack Walker
Andrew Jack Walker, T.A. (#39056)
P.O. Box 1810
Covington, LA 70434
Telephone: (985) 892-4801
Email: awalker@jonesfussell.com
***Counsel for Tara Snearl***

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of February, 2026, the foregoing Joint Status Report was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent by operation of the court's electronic filing system to all counsel of record.

***s/Andrew J. Walker***
Andrew J. Walker